Todd Daniel Beld (State Bar No. 123005)
**Todd Daniel Beld, Prof. Corp.**
1 League #60804
Irvine, CA 92602

Telephone:  (949) 474-0994
Facsimile: (949) 474-0996
E-mail: toddbeld@msn.com

Attorney for Defendant ZB INVESTMENTS LLC, a California limited liability company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Todd Williamson,<br><br>        Plaintiff,<br><br>v.<br><br>ZB Investments LLC, a California Limited Liability Company; and DOES 1-10,<br><br>        Defendants. | Case No. 2:20-cv-08908FMO-JPR<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT OF DEFENDANT ZB INVESTMENTS LLC** |

AFTER CONFERENCE OF COUNSEL and for good cause shown, IT IS HEREBY STIPULATED between Plaintiff Todd Williamson and Defendant ZB Investments LLC that the default of Defendant ZB Investments LLC shall be set aside and that Defendant ZB INVESTMENTS LLC shall have  twenty (20) days to respond to the Complaint.

THE LAW OFFICE OF HAKIMI & SHAHRIARI

Dated: November 16, 2020        By: _____
                                                         Anoush Hakimi, for Plaintiff Todd Williamson

1

**STIPULATION AND ORDER TO SET ASIDE DEFAULT
OF ZB INVESTMENTS LLC**

|   |   |   |
|---|---|---|
| Dated: November 16, 2020 | By: | TODD DANIEL BELD, PROF. CORP.<br>*[signature]*<br>TODD DANIEL BELD, for Defendant ZB Investments LLC |

ORDER

GOOD CAUSE APPEARING, the default entered against Defendant ZB Investments LLC is hereby set aside. Defendant ZB Investments LLC shall have twenty (20) days to respond to the Complaint.

Dated: _____

UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND ORDER TO SET ASIDE DEFAULT OF ZB INVESTMENTS LLC**