JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TODD WILLIAMSON, | ) | Case No. CV 20-8908 FMO (JPRx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| ZB INVESTMENTS, LLC, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 18th day of December, 2020.

/s/
Fernando M. Olguin
United States District Judge